### HADDOX v JORDAN

Ohio Appeals, 2nd Dist, Franklin Co
Decided Jan 22, 1930

For full opinion see 173 NE 11; 36 Oh Ap 209 (Oh Bar 11-18-30).